**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHERRY COTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06-CV-438 CAS |
| | ) | |
| AT&T OPERATIONS, INC., | ) | |
| formerly known as SBC Operations, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF PARTIAL DISMISSAL**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that Count IV of plaintiff's complaint is **DISMISSED with prejudice** for failure to state a claim.

**IT IS FURTHER ORDERED** that Counts VI and VII of plaintiff's complaint are **DISMISSED without prejudice** for lack of subject matter jurisdiction.


_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**


Dated this  28th  day of September, 2006.