**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHERRY COTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:06-CV-438 CAS |
| v. | ) | |
| | ) | |
| AT&T OPERATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AMENDING CASE MANAGEMENT ORDER**

This matter is before the Court on a joint motion to amend the case management order. For the reasons stated in the motion, the Court will alter some of the deadlines previously established in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion for Amended Case Management Order is **GRANTED**. [Doc. 62]

**IT IS FURTHER ORDERED** that the Case Management Order issued **May 5, 2006** [Doc. 21] and modified on **November 21, 2006** [Doc. 61], is **modified** as follows:

**I. SCHEDULING PLAN:**

. . . .

4. . . . .

(b)(i) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **February 28, 2007**. Plaintiff's expert witnesses shall be deposed no later than **March 16, 2007**. Treating physicians

shall be considered expert witnesses under Rule 26(a)(2) to the extent they give testimony as to causation or prognosis.

(b)(ii)  Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **February 28, 2007**. Defendant's expert witnesses shall be deposed no later than **March 16, 2007.**

. . . .

(d) Any physical or mental examinations of parties pursuant to Rule 35, Fed.R.Civ.P., shall be conducted no later than **February 23, 2007**.

(e) The parties shall complete all discovery in this case no later than **March 16, 2007**.  Discovery requests must be served sufficiently prior to this date to allow the full response time before the completion date.

. . . .

5.  If applicable, any motion to exclude testimony pursuant to Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579, 592-93 (1993), shall be filed no later than **March 23, 2007**.

**IT IS FURTHER ORDERED** that except as modified herein, the provisions of the Case

Management Order issued **May 5, 2006**, remain in full force and effect, particularly Section II, Order

Relating to Trial.

**Failure to comply with any part of this Order may result in the imposition of sanctions, including but not limited to dismissal of the action, entry of a default judgment or restrictions on the admissibility of certain evidence.  See Local Rule 5.04**.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  25th  day of January, 2007.