UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHERRY COTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:06-CV-438 CAS |
| v. ) | |
| ) | |
| AT&T OPERATIONS, INC., ) | |
| formerly known as SBC Operations, Inc. ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant AT&T Operations, Inc. and against plaintiff Cherry Cotton on plaintiff's claims of race discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e (Count I); racial discrimination and retaliation in violation of 42 U.S.C. § 1981 (Count II); retaliation and interference with protections under the Family and Medical Leave Act, 29 U.S.C. § 2612 (Count III); and breach of contract (Count V).

Costs are assessed against plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 2nd day of August, 2007.